EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2019-00236 |

and EEOC

_____ State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Christine M. Ladd | (678) 993-7753 | 1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 138 Brenleigh Park Dr. Stockbridge, GA 30281 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WASTE INDUSTRIES | 101 - 200 | (770) 577-5126 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6905 Roosevelt Hwy., Fairburn, GA 30213 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-02-2018   Latest: 10-15-2018

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In September 2018, I submitted an on-line application for a Front Load Driver position with the above Employer. On October 2, 2018, I went for an interview with Guy Ludwig, Operations Manager. Immediately before beginning the interview, Mr. Ludwig told me " I am not discriminatory, but this is a man fill, so why would you want to work here?". I told Mr. Ludwig that I was qualified and had experience to do the job. At the end of the interview, Mr. Ludwig told me that he could not find my application in the computer; he handed me a paper application to complete and send it to him. I was provided with two different telephone numbers. I thought one of those numbers was a fax number, but I was unable to fax my application to the numbers I was provided. I left a telephone message to Mr. Ludwig, but as of this date, I have not received any communication from Mr. Ludwig. I have applied at least five times for advertised positions with this company, but I was never given the opportunity to interview and/or to be considered for any position. I cannot longer apply for available positions because the system indicates that I already have an application on file.

I believe that I have been discriminated against because of my sex (female), in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Oct 15, 2018         _C. Ladd_<br>Date         Charging Party Signature | OCT 15 2018<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>EEOC-ATDO |