

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, S.W.,
Suite 4R30
Atlanta, Georgia 30303

VIA EMAIL AND U.S. MAIL

April 25, 2019

Waste Industries
Attn: Regina Calabro, Esq.
Ogletree Deakins
4208 Six Forks Road
Raleigh, NC 27609
Regina.calabro@ogletree.com

Re: Christine Ladd v. Waste Industries
EEOC Charge No. 410-2019-00236

Dear Ms. Calabro:

The EEOC has the authority to investigate to determine if an employer has engaged in practices that are relevant to the charge and to determine if other individuals, aside from the charging party, have been aggrieved by such practices. Accordingly, we hereby provide notice that the investigation of the above-referenced charge encompasses the possibility that a class of individuals may have been affected by the policies and practices of the Respondent throughout its Southeastern United States facilities from at least January 1, 2016, until the present, in violation of the Title VII of the Civil Rights Act of 1964, as amended. All of the following requests will thus pertain to practices that occurred in Southeastern facilities during this relevant time period.

The Respondent is hereby requested to submit information and records relevant to the subject charge of discrimination. The Commission is required by law to investigate charges filed with it, and the enclosed request for information does **not** necessarily represent the entire body of evidence which we need to obtain from your organization in order that a proper determination as to merits of the charge can be made. Provide the requested information no later than: **May 15, 2019.**

We direct your attention to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, under which this Agency is empowered to subpoena evidence necessary to its investigations. It is our hope we will receive the requested information and that it will therefore be unnecessary for us to resort to the subpoena process.

If you need to obtain clarification or otherwise discuss any matter associated with this charge, please call me at telephone number (404) 562-6864.

Sincerely,

Lucy Campa
Equal Opportunity Investigator