

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6827
TTY (404) 562-6801
FAX (404) 562-6909/6910

EEOC Charge No. 410-2019-00236

| | |
|---|---|
| Christine M. Ladd<br>138 Brenleigh Park Drive<br>Stockbridge, GA 30281 | Charging Party |
| Waste Industries U.S.A., LLC<br>1723 N. Washington Street<br>TW Services – BR 70<br>Albany, GA 31701 | Respondent |
| TransWaste Services, LLC<br>1404 Brickline Court<br>Albany, GA 31707 | Additional Respondent |
| Waste Industries Atlanta, LLC<br>299 Cochran Industrial Blvd<br>Douglasville, GA 30134 | Additional Respondent |

## DETERMINATION

I issue the following determination on the merits of this charge.

Waste Industries U.S.A., LLC, TransWaste Services, LLC, and Waste Industries Atlanta, LLC ("Respondents") are employers within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. (Title VII). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that she was denied employment by Respondents because of her sex, in violation of Title VII.

Charging Party filed her Charge of Discrimination on October 15, 2018. On April 27, 2020, the EEOC expanded its investigation to include possible aggrieved persons other than Charging Party for the time period of January 1, 2016, to the present. The expanded investigation covered potential claims by other aggrieved individuals under Title VII.

Respondents deny the allegations.

The evidence revealed that Charging Party (female) applied for a Residential driver position at Respondents' Fairburn branch on or about September 18, 2018. Charging Party was interviewed for a Front Load driver position on or about October 2, 2018. Despite being qualified for the job, Charging Party was not selected for the position. A male applicant was hired for the position instead of Charging Party. Charging Party applied for approximately five other positions across

Letter of Determination
EEOC Charge No. 410-2019-00236
Page 2

Respondents' Georgia locations. Despite being qualified, Charging Party was not hired by Respondents. Charging Party had the same or similar qualifications as other male applicants who were hired during the relevant time period.

The evidence also revealed that a class of qualified female applicants were also denied driver positions despite their qualifications and were subjected to the same or similar treatment to that of Charging Party. Statistical evidence further showed a consistent pattern of female underrepresentation in drivers across Respondents' Georgia facilities each year, including a statistically significant shortfall in Respondents' hiring of female applicants.

Based upon the evidence and the record as a whole, there is reasonable cause to conclude that Charging Party was discriminated against based on her sex, in violation of Title VII.

The Commission's investigation further shows there is reasonable cause to conclude that a class of female applicants were subjected to discrimination based on their sex, in violation of Title VII.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation (*i.e.*, settlement). Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. **If you wish to participate in conciliation, please email Investigator Jane Suk (jane.suk@eeoc.gov) within 10 days from the date of this LOD.** When the Respondent declines to enter into conciliation discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the Commission, the Commission shall so inform the parties in writing and advise them of the court enforcement alternative available to the Charging Party, aggrieved persons and the Commission. The confidentiality provisions of the statute and Commission Regulations apply to information discussed or given during conciliation.

You are hereby reminded that Federal Law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. The protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

2/23/2022
_____                    _____
Date                                Darrell E. Graham
                                    District Director
                                    Atlanta District Office